JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HUNG NGUYEN,<br><br>  Plaintiff,<br><br>  v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; FARYAR JABBARI, in his individual capacity; GREGORY WASHINGTON, in his individual capacity; DIANE K. O'DOWD, in her individual capacity; ENRIQUE J. LAVERNIA, in his individual capacity; Does 1 through 10,<br><br>  Defendants. | Case No. 8:17-cv-00423-JVS-KES<br><br>**JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56**<br><br>Judge:           Hon. James V. Selna<br>Magistrate Judge: Hon. Karen E. Scott<br>Trial Date:      N/A |

Defendants The Regents of the University of California ("The Regents"), Faryar Jabbari ("Jabbari"), Gregory Washington ("Washington"), Diane K. O'Dowd ("O'Dowd"), and Enrique J. Lavernia's ("Lavernia") (collectively, "Defendants") motion for summary judgment, or in the alternative, summary adjudication ("Motion"), was scheduled for hearing on September 17, 2018, before the Honorable James V. Selna. The Court issued a Tentative Ruling granting Defendants' Motion on September 14, 2018. Counsel for the Defendants notified the Court of the parties' decision to submit to the tentative on September 17, 2018, and the hearing on the Motion was taken off calendar.

Accordingly, on September 17, 2018, the Court issued a formal ruling GRANTING Defendants' motion for summary judgment in its entirety. A true and correct copy of the Court's Order Granting The Motion is attached as **Exhibit A** hereto.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

As to Plaintiff's Claim for Discrimination, judgment is entered in favor of The Regents against Plaintiff Hung Nguyen. Plaintiff Hung Nguyen shall recover nothing from Defendant The Regents.

As to Plaintiff's Claim for Retaliation, judgment is entered in favor of The Regents against Plaintiff Hung Nguyen. Plaintiff Hung Nguyen shall recover nothing from Defendant The Regents.

As to Plaintiff's Claims for violations of Equal Protection through 42 U.S.C. § 1983, judgment is entered in favor of Lavernia, O'Dowd, Washington, and Jabbari. Plaintiff Hung Nguyen shall recover nothing from Lavernia, O'Dowd, Washington, and Jabbari.

/ / /

/ / /

/ / /

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

Case No. 8:17-cv-00423-JVS-KES
[PROPOSED] JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56

As the prevailing party, Defendants are entitled to recover costs of suit in an amount to be determined by the Clerk of Court pursuant to Civil Local Rule 54-7.

**IT IS SO ORDERED.**

Dated: October 03, 2018            By: _/s/ James V. Selna_
                                       Honorable James V. Selna
                                       United States District Judge